# IN THE DISTRICT COURT OF THE UNITED STATES

## FOR THE DISTRICT OF SOUTH CAROLINA

### ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.   0:12-767 (MBS) |
| | ) | |
| vs. | ) | ORDER TO DISCLOSE DISCOVERY |
| | ) | |
| MICHAEL P. COOLEY | ) | |
| | ) | |

      For the reasons stated in the motion filed by the defendant, and based on the consent of the government, the court finds it appropriate to allow counsel for the defendant to provide a copy of the discovery to the defendant in this case. The court notes that the defendant is on bond. The defendant is instructed to safeguard these materials and not show the discovery materials to anyone else. The defendant is also instructed to return the copy of the discovery materials to his counsel within seven days of the final resolution of this case.

      **IT IS SO ORDERED.**

      /s/ Margaret B. Seymour  
      Chief United States District Judge

December 19, 2012

Columbia, South Carolina